9

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

L.M., by and through her parents and :
next friends, C.D. and A.M.          :

      **Plaintiff,**          :

  v.          :

PUTNAM BOARD OF EDUCATION,          :
CAROL B. ARNOLD, GEORGEANN          :
FARRAH, MELISSA ROSE, and          :
LOUIS CINQUE          :

      Defendants.          :

FILED

CASE NO. 3:03 CV 0680 (JBA)

U.S. DISTRICT COURT
NEW HAVEN, CONN. 19 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

MAY 8, 2003

## APPEARANCE

Please enter my appearance in the above matter for the following Defendants, Putnam Board of Education, Carol B. Arnold, Georgeann Farrah and Melissa Rose. This appearance is in addition to Frederick L. Dorsey.

**PUTNAM BOARD OF EDUCATION,
CAROL B. ARNOLD,
GEORGEANN FARRAH and
MELISSA ROSE.**

By:_____
Frederick L. Dorsey ct302715
Jennifer M. Rockwell ct24573
Siegel, O'Connor, Zangari,
    O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT 06103
Phone: (860) 727-8900
E-mail: fdorsey@siegeloconnor.com
E-mail: jrockwell@siegeloconnor.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion for Extension of Time has been served upon counsel for the Plaintiff, L.M., by and through her parents and next friends, C.D. and A.M., Andrew A. Feinstein, Esq., 34 Jerome Ave., Suite 210, Bloomfield, CT 06002 by first class mail, postage prepaid, this 8th day of May, 2003.

_____
Jennifer M. Rockwell