UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
May 12   1 19 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

L.M., by and through her parents and
next friends, C.D. and A.M.

    Plaintiff,

v.

PUTNAM BOARD OF EDUCATION,
CAROL B. ARNOLD, GEORGEANN
FARRAH, MELISSA ROSE, and
LOUIS CINQUE

    Defendants.

CASE NO. 3:03 CV 0680 (JBA)

MAY 8, 2003

## MOTION FOR EXTENSION OF TIME

In accordance with L. Civ. R. 7(b), the Defendants, Putnam Board of Education, Carol B. Arnold, Georgeann Farrah, and Melissa Rose, hereby move for an initial extension of time for thirty (30) days, from May 15, 2003 until June 16, 2003, within which to serve its responses to Plaintiff's complaint.

The undersigned has communicated with Plaintiff's counsel and is authorized to report that he consents to the granting of this motion. No prior motion for extension of time has been filed with respect to this time limitation.

PUTNAM BOARD OF EDUCATION,
CAROL B. ARNOLD,
GEORGEANN FARRAH and
MELISSA ROSE

By:_____
Frederick L. Dorsey ct302715
Jennifer M. Rockwell ct24573
Siegel, O'Connor, Zangari,
    O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT 06103
Phone: (860) 727-8900
E-mail: fdorsey@siegeloconnor.com
E-mail: jrockwell@siegeloconnor.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion for Extension of Time has been served upon counsel for the Plaintiff, L.M., by and through her parents and next friends, C.D. and A.M., Andrew A. Feinstein, Esq., 34 Jerome Ave., Suite 210, Bloomfield, CT 06002 by first class mail, postage prepaid, this 8th day of May, 2003.

_____
Jennifer M. Rockwell