# United States District Court
# District of Connecticut

| | | |
|---|---|---|
| L.M., by and through his parents and next friends, C.D. and A.M. *Plaintiff* | : : : : | |
| v. | : : | Case No. 3:03cv680 MRK |
| Putnam Board of Education, et al. *Defendant* | : : | |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____  To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

____  A ruling on the following motions which are currently pending: (orefm.)
Doc#

**✘**  A settlement conference (orefmisc./cnf.)

____  A conference to discuss the following: (orefmisc./cnf.)

____  Other: (orefmisc./misc)

SO ORDERED this __2nd__ day of __December__, __2003__ at New Haven, Connecticut.

/s/      _____Mark R. Kravitz_____
UNITED STATES DISTRICT COURT JUDGE