UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Tuesday December 2, 2003

3:30 p.m.

CASE NO. 3:03cv680 MRK    L.M. v Putnam Board of Education

Frederick L. Dorsey
Siegel, O'Connor, Zangari, O'Donnell & Beck
150 Trumbull St.
Hartford, CT 06103

Andrew Alan Feinstein
Law Offices of David C. Shaw
34 Jerome Ave., Suite 210
Bloomfield, CT 06002

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD
DATE: 12/2/03
20 min