UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| L.M., by and through her parents and next friends, C.D. and A.M., <br><br> Plaintiffs, <br> v. <br><br> PUTNAM BOARD OF EDUCATION, CAROL B. ARNOLD, GEORGEANN FARRAH and MELISSA ROSE, <br><br> Defendants. | : <br> : <br> : <br> : CASE NO. 3:03 CV 0680 (MRK) <br> : <br> : <br> : <br> : <br> : <br> : <br> : JANUARY 28, 2004 |

## INITIAL MOTION FOR EXTENSION OF TIME

Defendants, Putnam Board of Education, Carol B. Arnold, Georgeann Farrah and Melissa Rose Hedlin move for an initial thirty (30) day extension of time until March 3, 2004 to object and/or respond to the Plaintiffs' Interrogatories and Requests for Production, dated December 31, 2003. This is the Defendants first motion for an extension of time with respect to these discovery requests. Undersigned counsel has contacted opposing counsel who is in agreement with this motion.

PUTNAM BOARD OF EDUCATION,
CAROL B. ARNOLD,
GEORGEANN FARRAH and
MELISSA ROSE.

By: _____
Frederick L. Dorsey ct302715
Jennifer M. Rockwell ct24573
Siegel, O'Connor, Zangari,
  O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT 06103
Phone: (860) 727-8900
E-mail: fdorsey@siegeloconnor.com
E-mail: jrockwell@siegeloconnor.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Initial Motion for Extension of Time has been served upon counsel for the Plaintiffs, L.M., by and through her parents and next friends, C.D. and A.M., Andrew A. Feinstein, Esq., 34 Jerome Ave., Suite 210, Bloomfield, CT 06002 by first class mail, postage prepaid, this 28th day of January, 2004.

Jennifer M. Rockwell

-2-