UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| L.M., by and through her parents and next friends, C.D. and A.M., <br><br> Plaintiffs, <br> v. <br><br> PUTNAM BOARD OF EDUCATION, CAROL B. ARNOLD, GEORGEANN FARRAH and MELISSA ROSE, <br><br> Defendants. | : <br> : <br> : <br> : CASE NO. 3:03 CV 0680 (MRK) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : MARCH 1, 2004 |

## MOTION FOR EXTENSION OF TIME

Defendants, Putnam Board of Education, Carol B. Arnold, Georgeann Farrah and Melissa Rose Hedlin move for an extension of time with regards to the discovery schedule. This is the Defendants first motion for an extension of time with respect to the discovery schedule. This motion is necessary due to the following reasons. First, there was delay due to needing approval from the insurance company responsible for litigation costs. The approval needed for deposing the Plaintiffs' expert and for hiring an expert for the Defendants was only granted on February 25, 2004 after weeks of discussions. Second, there were scheduling conflicts, with Attorney Dorsey being out of state during the second and third weeks of February and Attorney Rockwell's medical leave of absence since February 3, 2004. As Attorney Rockwell attempts to work from home, she has been limited in the amount of work that can be accomplished. In addition, fact witness depositions had been scheduled for the last week of February, but needed to be rescheduled for Attorney Feinstein into the second week of March.

The first date available, once approval was given, between the parties and the Plaintiffs' expert witness is March 19, 2004. Plaintiffs have agreed to a psychological evaluation of the Student by the Defendants' expert which cannot be scheduled until the third or fourth week of March.

Defendants request to extend the March 2, 2004 date for the Defendants to depose the Plaintiffs' expert witness until March 19, 2004. This is the date both parties and the expert witness are available to conduct the deposition.

Defendants request to extend the March 15, 2004 date to disclose an expert witness and the report until April 16, 2004. Plaintiffs have agreed to a psychological examination of the Student by the Defendants' expert witness. However, scheduling the assessment by the Defendants' expert cannot be accomplished until the third or fourth week of March. The expert requires another few weeks to write his report.

Defendants request to extend the April 15, 2004 date for the completion of discovery until May 17, 2004 to accommodate the changes in the discovery schedule. Opposing counsel states that he has no position with regard to this motion.

PUTNAM BOARD OF EDUCATION,
CAROL B. ARNOLD,
GEORGEANN FARRAH and
MELISSA ROSE,

By: _____
Frederick L. Dorsey ct30215
Jennifer M. Rockwell ct24573
Siegel, O'Connor, Zangari,
   O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT 06103
Phone: (860) 727-8900
E-mail: fdorsey@siegeloconnor.com
E-mail: jrockwell@siegeloconnor.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Motion for Extension of Time has been served upon counsel for the Plaintiffs, L.M., by and through her parents and next friends, C.D. and A.M., Andrew A. Feinstein, Esq., 34 Jerome Ave., Suite 210, Bloomfield, CT 06002 by first class mail, postage prepaid, this 2nd day of March, 2004.

_____
Frederick L. Dorsey