UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

March 29, 2004

10:00 a.m.

*Held 2 1/2 hours*

CASE NO. **3:03cv680 (MRK)**    **L.M. vs. Putnam Board of Education, et al**

Frederick L. Dorsey
Siegel, O'Connor, Zangari, O'Donnell & B
150 Trumbull St.
Hartford, CT 06103


Andrew Alan Feinstein
Law Offices of David C. Shaw
34 Jerome Ave.
Suite 210
Bloomfield, CT 06002


Jennifer M. Rockwell
Siegel, O'Connor, Zangari, O'Donnell & B
150 Trumbull St.
Hartford, CT 06103


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK