UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| L.M., by and through her parents and next friends, C.D. and A.M., <br><br> Plaintiffs, <br> v. <br><br> PUTNAM BOARD OF EDUCATION, CAROL B. ARNOLD, GEORGEANN FARRAH and MELISSA ROSE, <br><br> Defendants. | CASE NO. 3:03 CV 0680 (MRK) <br><br><br><br><br><br><br><br> MAY 26, 2004 |

### JOINT STATUS REPORT

Pursuant to the Modified Scheduling Order, dated March 8, 2004, the parties hereby submit a joint status report in preparation for the telephonic status conference scheduled for June 3, 2004.

**(a)   Status of the Case**

The parties have completed discovery and there are no pending motions. Dispositive motions are due June 14, 2004 and the circumstances that could potentially interfere with the parties' compliance with the scheduling order would be delays in receiving transcripts from the depositions already taken.

**(b)   Referral for Settlement**

The parties have previously been referred to Magistrate Judge Garfinkel for settlement purposes and are not currently interested in another referral to a magistrate judge or to the district's special masters program for settlement purposes. The parties have not reached settlement thus far.

**(c)** <u>Trial Before Magistrate Judge</u>

The parties do consent to trial before a magistrate judge.

**(d)** <u>Estimated Length of Trial</u>

The parties estimate the length of trial to consist of four days.

So filed by representatives of all parties, this 26th day of May, 2004.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| By: _____ | By: _____ |
| Andrew A. Feinstein, Esq. ct11192 | Frederick L. Dorsey, Esq. ct302715 |
| Law Offices of David C. Shaw, LLC | Jennifer M. Rockwell, Esq. ct24573 |
| 34 Jerome Avenue | Siegel, O'Connor, Zangari, O'Donnell |
| Bloomfield, Connecticut 06002 | & Beck, P.C. |
| (860) 242-1238 | 150 Trumbull Street |
| feinsteinandrew@sbcglobal.net | Hartford, Connecticut 06104 |
| | (860) 727-8900 |
| | fdorsey@siegeloconnor.com |
| | jrockwell@siegeloconnor.com |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the parties' Joint Status Report has been served upon counsel for the Plaintiffs, L.M., by and through her parents and next friends, C.D. and A.M., Andrew A. Feinstein, Esq., 34 Jerome Ave., Suite 210, Bloomfield, CT 06002 by first class mail, postage prepaid, this 26th day of May, 2004.

_____
Jennifer M. Rockwell