UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| L.M., by and through his parents and next friends, C.D. and A.M. | : : : | |
| Plaintiff, | : : | NO. 3:03CV680(MRK) |
| v. | : : | |
| Putnam Board of Education, et al., | : : | |
| Defendants. | : | |

### ORDER

Pursuant to the Court's telephone conference with the parties on June 3, 2004, the deadline for filing dispositive motions is extended one month, to **July 14, 2004.**

IT IS SO ORDERED.

/s/       Mark R. Kravitz
      United States District Judge

**Dated at New Haven, Connecticut: June 3, 2004**.