UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| L.M., by and through her parents and next friends, C.D. and A.M., <br><br> Plaintiffs, <br><br> v. <br><br> PUTNAM BOARD OF EDUCATION, CAROL B. ARNOLD, GEORGEANN FARRAH and MELISSA ROSE, <br><br> Defendants. | CASE NO. 3:03 CV 0680 (MRK) <br><br><br><br><br><br><br><br><br> JULY 13, 2004 |

## MOTION FOR EXTENSION OF TIME

Defendants, Putnam Board of Education, Carol B. Arnold, Georgeann Farrah and Melissa Rose Hedlin move for a thirty-day extension of time, until August 13, 2004, with regards to filing a dispositive motion. The parties have agreed upon the terms and conditions of settlement in this matter and are awaiting execution of the final settlement agreement. Defendants would like to reserve its right to file a dispositive motion if the settlement is not completed within thirty-days. Counsel for Plaintiffs does not object to such extension of time.

PUTNAM BOARD OF EDUCATION,
CAROL B. ARNOLD,
GEORGEANN FARRAH and
MELISSA ROSE.

By: _____
Frederick L. Dorsey ct302715
Jennifer M. Rockwell ct24573
Siegel, O'Connor, Zangari,
    O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT 06103
Phone: (860) 727-8900
FAX: (860) 527-5131
E-mail: fdorsey@siegeloconnor.com
E-mail: jrockwell@siegeloconnor.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time has been served upon counsel for the Plaintiffs, L.M., by and through her parents and next friends, C.D. and A.M., Andrew A. Feinstein, Esq., 34 Jerome Ave., Suite 210, Bloomfield, CT 06002 by first class mail, postage prepaid, this 13th day of July, 2004.

_____
Jennifer M. Rockwell