UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
JUL 19  3 30 PM '04
U.S. DISTRICT COURT
NEW HAVEN CONN

| | |
|---|---|
| L.M., by and through his parents and next friends, C.D. and A.M.<br><br>Plaintiff,<br><br>v.<br><br>Putnam Board of Education, et al.,<br><br>Defendants. | :<br>:<br>:<br>:  NO. 3:03CV680(MRK)<br>:<br>:<br>:<br>:<br>: |

## ORDER

Defendants' Motion For Extension Of Time [doc. # 26], dated July 13, 2004, is hereby GRANTED. Defendants shall file dispositive motions on or before **August 13, 2004** if settlement is not completed within thirty days.

IT IS SO ORDERED.

Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: July 19, 2004.**