UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| L.M., by and through her parents and next friends, C.D. and A.M., | : : : | |
| **Plaintiffs,** | : : | CASE NO. 3:03 CV 0680 (MRK) |
| v. | : : | |
| PUTNAM BOARD OF EDUCATION, CAROL B. ARNOLD, GEORGEANN FARRAH and MELISSA ROSE, | : : : : : | |
| **Defendants.** | : : | July 20, 2004 |

## STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the Plaintiffs' claims against Putnam Board of Education, Carol B. Arnold, Georgeann Farrah and Melissa Rose Hedlin shall be dismissed with prejudice and that Defendants' counterclaims against the Plaintiffs shall be dismissed with prejudice.

DEFENDANTS,

PUTNAM BOARD OF EDUCATION,
CAROL B. ARNOLD, GEORGEANN
FARRAH AND MELISSA ROSE

_____
Frederick L. Dorsey ct302715
Jennifer M. Rockwell ct24573
Siegel, O'Connor, Zangari,
    O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT  06103
Phone: (860) 727-8900
Fax: (860) 527-5131
fdorsey@siegeloconnor.com
jrockwell@siegeloconnor.com

PLAINTIFFS,

L.M., BY AND THROUGH HER
PARENTS AND NEXT FRIENDS

_____
Andrew A. Feinstein ct11192
Law Offices of David C. Shaw, LLC
34 Jerome Avenue
Suite 210
Bloomfield, CT  06004
Phone: (860) 242-1238
Fax: (860) 242-1507
feinsteinandrew@sbcglobal.net

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| L.M., by and through her parents and next friends, C.D. and A.M., | : <br> : <br> : |
| Plaintiffs, | : **CASE NO. 3:03 CV 0680 (MRK)** <br> : |
| v. | : <br> : |
| PUTNAM BOARD OF EDUCATION, CAROL B. ARNOLD, GEORGEANN FARRAH and MELISSA ROSE, | : <br> : <br> : |
| Defendants. | : <br> : **JULY    , 2004** |

**ORDER**

The Court hereby dismisses with prejudice the Plaintiffs' claims against the Putnam Board of Education, Carol B. Arnold, Georgeann Farrah and Melissa Rose Hedlin and dismisses with prejudice the Defendants' counterclaims against the Plaintiffs in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure.

_____
Honorable Mark R. Kravitz
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Stipulation for Dismissal has been served upon counsel for the Plaintiffs, L.M., by and through her parents and next friends, C.D. and A.M., Andrew A. Feinstein, Esq., 34 Jerome Ave., Suite 210, Bloomfield, CT  06002 by first class mail, postage prepaid, this 23rd day of July, 2004.

_____
Jennifer M. Rockwell